IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JACK RAY WALLACE,

        Petitioner,

        v.                                      CIVIL ACTION NO.: CV506-089

ALEXIS CHASE, Warden,

        Respondent.

## ORDER

Petitioner has filed a "Motion for Respondent to be Directed to (also) Serve Petitioner All Documents Submitted the Court Pursuant to Rule 5, 28 U.S.C. § 2254." Respondent has filed a response. For the reasons set forth in the response, Petitioner's motion is **DENIED**.

**SO ORDERED**, this _17th_ day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)