FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUN 13 PM 2: 13

CLERK_____
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA WAYCROSS DIVISION

JACK RAY WALLACE,            )
                             )
    Petitioner,              )
                             )
vs.                          )   CASE NO. CV506-89
                             )
ALEXIS CHASE, Warden         )
                             )
    Respondent.              )
_____)

### O R D E R

Before the Court is Petitioner's Notice of Appeal and request for a certificate of appealability. (Doc. 21.) Presently, this action remains pending before this Court. Because this Court has not yet entered a final order in this case, Petitioner's request for a certificate of appealability is **DENIED**.

SO ORDERED this 13th day of June, 2007.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA