IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JACK RAY WALLACE,

    Petitioner,

v.

ALEXIS CHASE, Warden,

    Respondent.

CIVIL ACTION NO.: CV506-089

## ORDER

Petition has filed a Motion for DNA Testing to prove his actual innocence. Such a motion is inappropriate in this action for relief pursuant to 28 U.S.C. § 2254. Said motion is **DENIED**.

**SO ORDERED**, this 2nd day of July, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE